**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6962**

---

CLIFTON BARNES,

                                    Petitioner - Appellant,

        versus

RONALD   ANGELONE,   Virginia   Department   of
Corrections,

                                    Respondent - Appellee.

---

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of Virginia, at Alexandria.   James C. Cacheris, Senior
District Judge.  (CA-02-391-AM)

---

Submitted:  December 19, 2002      Decided:  December 31, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Clifton Barnes, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clifton Barnes appeals a district court's order accepting a magistrate judge's recommendation to dismiss his 28 U.S.C. § 2254 (2000) petition as untimely. An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1)'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right,' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir.) (quoting Slack v McDaniel, 529 U.S. 473, 484 (2000)), cert. denied 122 S. Ct. 318 (2001). We have reviewed the record and conclude for the reasons stated by the district court that Barnes has not made the requisite showing. See Barnes v. Angelone, No. CA-02-391-AM (E.D. Va. filed May 29, 2002 & entered May 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We deny Barnes' motions for preparation of transcripts at government expense, oral argument, and appointment of counsel. We dispense with oral argument because the facts and

2

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED